UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04 CR 10289 MLW |
| ) | |
| v. ) | CRIMINAL NO.: |
| ) | |
| JOSE MARCILIO CAVAZOS, JR., ) | VIOLATION: |
| TIMOTEO ROSAS ANGUILUD, ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| Defendants. ) | Transporting Illegal Aliens |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1324(a)(1)(A)(ii) – Transporting Illegal Aliens

The Grand Jury charges that:

On or about August 26, 2004, at Framingham, Massachusetts, in the District of Massachusetts,

**JOSE MARCILIO CAVAZOS, JR.,
TIMOTEO ROSAS ANGUILUD,**

the defendants herein, did knowingly and with reckless disregard of the fact that sixteen illegal aliens had come to, entered, and remained in the United States unlawfully, transport said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; September 22, 2004, at 2:15 pm.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04 @ 2:15 pm

**Criminal Case Cover Sheet**              04 CR 10289 MLW         **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No: II              Investigating Agency  BICE

City  Framingham                **Related Case Information:**

County  Middlesex               Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant  x              New Defendant _____
                                Magistrate Judge Case Number   04-M00045-LPC
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE MARCILIO CAVAZOS, JR.            Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address  Plymouth Co. House of Corrections

Birth date: 1974     SS#: _____   Sex: M   Race: Hispanic      Nationality: USA

Defense Counsel if known:  Edward P. Ryan, Jr.       Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore                               Bar Number if applicable  632312

Interpreter:  ☒ Yes   ☐ No        List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:  8/26/2004

☒ Already in Federal Custody as  pre-trial detainee   in  Plymouth Co. HOC
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty       ☐ Misdemeanor     ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 22, 2004      Signature of AUSA:  P.A R. M.

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**04 CR 10289 MLW**

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**  JOSE MARCILIO CAVAZOS, JR.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. § 1324(a)(1)(A) | Transporting Illegal Aliens | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number** (To be filled in by deputy)  04 CR 10289 MLW

**Name of Defendant**   JOSE MARCILIO CAVAZOS, JR.

ADDITIONAL INFORMATION: _____

_____

_____

_____

_____

_____

js 45 - Cavazos - Alien Smuggling.wpd - 3/13/02

**Criminal Case Cover Sheet**                    04 CR 10289 ML      **U.S. District Court - District of Massachusetts**

**Place of Offense:**            Category No. __II__            Investigating Agency __BICE__

City __Framingham__              **Related Case Information:**

County __Middlesex__             Superseding Ind./ Inf. _____  Case No. _____
                                 Same Defendant __x__              New Defendant _____
                                 Magistrate Judge Case Number   __04-M00046-LPC__
                                 Search Warrant Case Number   _____
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __TIMOTEO ROSAS ANGUILUD__            Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   __Plymouth Co. House of Corrections__

Birth date: __1954__    SS#: _____   Sex: __M__   Race: __Hispanic__   Nationality: __Mexican__

Defense Counsel if known:   __George F. Gormley__        Address: _____

Bar Number:   _____

**U.S. Attorney Information:**

AUSA   __Paul R. Moore__            Bar Number if applicable   __632312__

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   __8/26/2004__

☒ Already in Federal Custody as   __pre-trial detainee__   in   __Plymouth Co. HOC__
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by   _____   on   _____

Charging Document:   ☐ Complaint          ☐ Information          ☒ Indictment

Total # of Counts:   ☐ Petty   _____   ☐ Misdemeanor   _____   ☒ Felony   __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 22, 2004        Signature of AUSA:   __P.A R. M__

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy) CR 04 CR 10289 MLW

Name of Defendant     **TIMOTEO ROSAS ANGUILUD**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   8 U.S.C. § 1324(a)(1)(A) | Transporting Illegal Aliens | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**04 CR 10289 MLW**

District Court Case Number (To be filled in by deputy) _____

Name of Defendant    TIMOTEO ROSAS ANGUILUD _____

ADDITIONAL INFORMATION: _____

_____

_____

_____

_____

js 45 - Anguilud - Alien Smuggling.wpd - 3/13/02