UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV -9  A 9: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOSE MARCILIO CAVAZOS, JR., | ) |
| TIMOTEO ROSAS ANGUILUD, | ) |
| Defendants. | ) |
| | ) |

NO. 04-10289-MLW

## JOINT INITIAL STATUS CONFERENCE MEMORANDUM

The United States of America, by and through its attorneys, United States Attorney

Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the defendants,

JOSE MARCILIO CAVAZOS, JR. and TIMOTEO ROSAS ANGUILUD, by and through their

respective attorneys, Edward P. Ryan, Jr., Esq. and George F. Gormley, Esq., jointly submit this

memorandum pursuant to the Initial Status Conference ordered by this Court. In so doing, the

parties address herein the issues delineated in L.R. 116.5(A) pertaining to initial status

conferences.

1. There is no need for relief from the otherwise applicable timing requirements imposed

by L.R. 116.3.

2. The government has provided open file discovery to the defense counsel and will

continue to provide open file discovery if and when further evidence becomes available to the

government. Having provided open file discovery, the government does not anticipate providing

any further discovery (other than that required to be produced at least twenty-one days prior to

trial pursuant to L.R. 116.2(B)(2)(a)-(g)), but allows that it might do so in response to specific

defense requests.

3. The parties ask that a final status conference be set approximately six weeks hence to allow defense counsel to further review discovery and confer with the defendants.

4. The parties would also request that the Court deem excludable twenty-six days commencing on October 1, 2004, the date after the arraignment (the defendants neither having elected in writing to proceed under the automatic discovery process nor having filed a written waiver of automatic discovery).

5. The parties agree that the time between the initial status conference (November 9, 2004) and the date on which the final status conference is held should be excluded in the interests of justice.

6. At this juncture, the parties anticipate a trial, which is expected to last approximately three days.

7. The final status conference should be set coincident with the conclusion of the briefing period that the Court sets for the defendant's substantive motions.

(page 2 - I.S.C. Memorandum - Crim. No. 04-10289-MLW)

                               Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney

By:              

                               Paul R. Moore
                               Assistant United States Attorney


                               JOSE MARCILIO CAVAZOS, JR.
                               Defendant

By:       Edward Ryan (by PRM w/ permission)
                               Edward P. Ryan, Jr., Esq.
                               Counsel for Mr. Cavazos

                               TIMOTEO ROSAS ANGUILUD
                               Defendant

By:       George Gormley (by PRM w/ permission)
                               George F. Gormley, Esq.
                               Counsel for Mr. Anguilud

DATE: November 8, 2004