UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 04-10289-MLW |
| TIMOTEO ROSAS ANGUILUD | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RELEASE AND REQUEST FOR A HEARING REGARDING CONTINUED PRE-TRIAL DETENTION

Now comes the defendant, Timoteo Rosas Anguilud, and requests that this Court:

1.  Hold a hearing regarding his continued detention pending trial of this case, and

2.  After hearing, order defendant's pre-trial release on such reporting conditions to the applicable Pretrial Services Office as this Court deems appropriate pursuant to 18 U.S.C. § 3142(c)(1)(A).

Respectfully submitted,
**TIMOTEO ROSAS ANGUILUD**
By his attorney,

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO# 204140

**Dated**:        December 13, 2004