# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSAHCUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOSE MARCILIO CAVAZOS, JR., )<br>    DEFENDANT ) | **Criminal Complaint No.**<br>**04-MJ-00045 LPC** |

### MOTION FOR RELEASE AND REQUEST FOR A HEARING REGARDING CONTINUED PRE-TRIAL DETENTION

Now comes the defendant, Jose Marcilio Cavazos, Jr., and requests that this Court:

1. Hold a hearing regarding his continued detention pending trial of this case, and

2. After hearing, order defendant's pre-trial release on such reporting conditions to the applicable Pretrial Services Office as this Court deems appropriate pursuant to 18 U.S.C. § 3142(c)(1)(A).

Respectfully submitted,
The Defendant, by his attorney

/s/ Edward P. Ryan Jr.

Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO # 434960

**Dated**: December 20, 2004