UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. 04-10289-MLW |
| JOSE MARCILIO CAVAZOS AND ) | |
| TIMOTEO ROSAS ANGUILUD ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR FURTHER HEARING ON DEFENDANTS' MOTIONS FOR PRE-TRIAL RELEASE

Now come the defendants, Jose Marcilio Cavazos and Timoteo Rosas Anguilud, and request that this Court hold a further hearing on their request for pre-trial release. Defendants request that this hearing be scheduled for a time that is convenient to both the Court's calendar and to the calendars of counsel for all parties.

Respectfully submitted,

| | |
|---|---|
| **JOSE MARCILIUS CAVAZOS** | **TIMOTEO ROSAS ANGUILUD** |
| By his attorney, | By his attorney, |
| | |
| /s Edward P. Ryan, Jr. | /s George F. Gormley |
| | |
| Edward P. Ryan, Jr. | George F. Gormley |
| **O'Connor and Ryan, P.C.** | *George F. Gormley, P.C.* |
| 61 Academy Road | 655 Summer Street |
| Fitchburg, MA 01420 | Boston, MA 02210 |
| (978) 345-4166 | (617) 478-2750 |
| BBO# 434960 | BBO# 204140 |

**Dated**:    January 19, 2005