UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **NO. 04-10289-MLW** |
| **TIMOTEO ROSAS ANGUILUD** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT, TIMOTEO ROSAS ANGUILUD'S, MOTION FOR A PRE-PLEA PRESENTENCE REPORT
*(Assented to)*

Now comes the defendant, TIMOTEO ROSAS ANGUILUD, and moves this Honorable Court to order a Pre-Plea Presentence Report prepared by the Probation Department.

As grounds for this request, defense counsel states that a Pre-Plea Presentence Report is necessary to accurately assess the guideline criminal penalties and other sentencing options available to the Court pursuant to 18 U.S.C. § 3553 as Mr. Anguilud considers the alternatives to trial of the crime alleged in the above-captioned indictment.

The government joins with this request.

Respectfully submitted,
**TIMOTEO ROSAS ANGUILUD**
By his attorney,


 /s George F. Gormley
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO# 204140

**Dated**: February 3, 2005