# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

### 655 SUMMER STREET

### BOSTON, MASSACHUSETTS 02210

(617) 478-2750

| | |
|---|---|
| GEORGE F. GORMLEY | FAX: (617) 478-2755 |
| CHRISTIE M. CHARLES | |
| | OF COUNSEL |
| | FEDELE AND MURRAY, P.C. |

June 7, 2005

Dennis O'Leary, Deputy Clerk
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re:     United States v. Anguilud
        **Crim. No. 04-10289- MLW**

Dear Mr. O'Leary:

      Our office has received Mr. Anguilud's pre-plea presentence report, and we have reviewed the document with our client.

      At this time, defendant would like to schedule a joint change of plea hearing and sentencing hearing for the beginning of August. Attorney Gormley is scheduled to begin a trial on Monday, August 8, 2005 in Middlesex Superior Court; my understanding is that this trial may possibly last the week.

      Thank you for your assistance with this matter.

                                Very truly yours,

                                *Christie M. Charles*

                                Christie M. Charles

cc:     Timoteo Anguilud
        Paul Moore, Esq., AUSA (via electronic filing)
        Edward P. Ryan, Esq. (via electronic filing)