

# MEMORANDUM

To:     Dennis O'Leary, Courtroom Clerk for
        The Honorable Mark L. Wolf
        Chief U.S. District Judge

From:   Tracy J. Weisberg
        U.S. Probation Officer Assistant

Re:     **Timoteo Anguilud-Rosas**
        Docket #: 04-10289-02
        **Jurisdiction Transfer**

Date:   July 21, 2006

---

Enclosed please find properly executed PF-22 signed by The Honorable Ricardo H. Hinojosa, U.S. District Judge, Southern District of Texas, agreeing to accept jurisdiction of this case as of July 8, 2006.

Please forward all the necessary papers to the Clerk of that Court in order to complete this transaction.

Thank you.

/tw

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 04-10289-02 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* M-06-628 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Timoteo Aguilud Rosas Southern District of Texas  *United States District Court Southern District of Texas FILED JUL 0 8 2006 Michael N. Milby, Clerk* | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Mark L. Wolf | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/14/05  TO 10/13/08 |

OFFENSE

Transporting Illegal Aliens, 8 USC § 1324 (a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 16, 2002
Date

/s/ [signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Texas

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/8/06
Effective Date

/s/ [signature]
United States District Judge